No. 10–6349. IN RE WILLIAMS;
No. 10–6386. IN RE WATTS; and

960

No. 10–6547. IN RE SINQUEFIELD. Motions of petitioners for leave to proceed *in forma pauperis* denied, and petitions for writs of habeas corpus dismissed. See this Court's Rule 39.8.